1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  575 East Alluvial, Ste. 105
Fresno, California  93720
3  Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4

5  Attorney for Defendant, Viririana Hernandez

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:14-cr-00147-AWI-BAM

12 | Plaintiff, |

13 | v. | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA TO AUGUST 17, 2015**
14 | VIRIRIANA HERNANDEZ, |

15 | Defendant. |

16

17  **IT IS HEREBY STIPULATED** by and between the Defendant, VIRIRIANA

18  HERNANDEZ, her attorney of record, CAROL ANN MOSES, and Assistant United States

19  Attorney, MICHAEL TIERNEY, that the Status Conference in the above-captioned matter

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

currently scheduled for August 24, 2015, at 1:00 p.m. be vacated and the matter be set for change of plea on August 17, 2015 at 10:00 a.m.

Dated:  August 10, 2015                         /s/ Carol Ann Moses
                                                CAROL ANN MOSES
                                                Attorney for Defendant,
                                                VIRIRIANA HERNANDEZ

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated:  August 10, 2015                         /s/ Michael G. Tierney
                                                MICHAEL G. TIERNEY
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

**ORDER**

The court grants the stipulation to vacate the status conference scheduled for August 24, 2015, and set this matter for change of plea on August 17, 2015 at 10:00 a.m.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(A) and (B).

IT IS SO ORDERED.

Dated:   August 11, 2015                        _____
                                                SENIOR  DISTRICT  JUDGE

2